FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2014 APR 14   AM 9: 38

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____ KiCc
             DEPUTY

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC.,<br>f/k/a TRILOGY SOFTWARE INC. and<br>VERSATA DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INFOSYS TECHNOLOGIES LTD.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:10-cv-00792 SS |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss the above-styled-and-numbered cause. The Court has reviewed the same and finds it to be in order.

**ACCORDINGLY, IT IS ORDERED** that the Parties' Joint Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause and all claims and causes of action asserted herein by any party are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining, pending motions are **MOOT**.

**IT IS FURTHER ORDERED** that all relief not expressly granted in this Order is **DENIED**.

Signed and entered this __11th__ day of April, 2014.

*Sam Sparks*

SAM SPARKS
UNITED STATES DISTRICT JUDGE